

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   David W. Quinto (Bar No. 106232)
2  865 South Figueroa Street, 10th Floor
   Los Angeles, CA 90017
3  Tel. 213-443-3000                           Priority _____
   Fax. 213-443-3100                           Send _____
4                                              Enter _____
   Attorneys for Plaintiffs                    Closed _____
5  Academy of Motion Picture Arts and Sciences JS-5/JS-6 _____
                                               JS-2/JS-3 _____
6                                              Scan Only _____

FILED
CLERK, U.S DISTRICT COURT

JUN 12 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

8          UNITED STATES DISTRICT COURT

9          CENTRAL DISTRICT OF CALIFORNIA

11  ACADEMY OF MOTION PICTURE ARTS        CASE NO.  CV 07-02846 RGK (FMOx)
    AND SCIENCES, a California nonprofit
12  corporation,                          **NOTICE OF VOLUNTARY DISMISSAL
                                          OF ACTION AS TO ALL DEFENDANTS**
                      Plaintiff,
13
14          v.
15  SASHA STONE, an individual;
    OSCARWATCH.COM, an unknown business
16  entity, and DOES 1 through 10, inclusive,
                                          IT IS SO ORDERED
17                  Defendants.           JUN 12 2007

                                          Dated _____
18

                                          United States District Judge
19

20  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

21          PLEASE TAKE NOTICE that Plaintiff Academy of Motion Picture Arts and

22  Sciences voluntarily dismisses the above-captioned action without prejudice

23  pursuant to Federal Rule of Civil Procedure 41(a)(1) as to all defendants, in

24  consideration of the settlement reached among all the parties.  None of the

25  ///

26  ///                                   DOCKETED ON CM

27  ///                                   JUN 13 2007

28  ///                                   BY                002

20366/2047591.1

1    defendants has filed an answer, and there has been no motion for summary

2    judgment.

3

4    DATED:  June 8, 2007                    QUINN EMANUEL URQUHART OLIVER &
                                             HEDGES, LLP
5

6                                            By  David Quinto
7                                              David W. Quinto

8                                            Attorneys for Academy of Motion Picture
                                             Arts and Sciences
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On June 8, 2007, I served true copies of the following document(s) described as: **NOTICE OF VOLUNTARY DISMISSAL OF ACTION AS TO ALL DEFENDANTS** on the parties in this action as follows:

Sasha Stone                          Oscarwatch.com
8033 Sunset Blvd., #405              8033 Sunset Blvd., #538
West Hollywood, CA 90046            West Hollywood, CA 90046

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 8, 2007, at Los Angeles, California.

Leticia Rodriguez

20455/2121328.1